**B22A (Official Form 22A) (Chapter 7) (01/08)**

In re: **Callahan, Gerard W**
Debtor(s)

Case Number: _____
(If known)

| According to the calculations required by this statement: |
|---|
| ☐ **The presumption arises** |
| ☑ **The presumption does not arise** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS |
|---|

| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
|---|---|
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION |
|---|

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☑ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br><br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |
|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | $ | $ |

| 4 | a. | Gross receipts | $ |
|---|---|---|---|
| | b. | Ordinary and necessary business expenses | $ |
| | c. | Business income | Subtract Line b from Line a |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (01/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | | |
|---|---|---|---|---|---|
| | | a. | Gross receipts | $ | |
| | | b. | Ordinary and necessary operating expenses | $ | |
| | | c. | Rent and other real property income | Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | | | $ | $ |
| 7 | **Pension and retirement income.** | | | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | | | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ _____ | Spouse $ _____ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
| | | a. | | $ | |
| | | b. | | $ | |
| | Total and enter on Line 10 | | | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | | $ | $ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | | $ | |

## Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: **Illinois**     b. Enter debtor's household size: **1** | $    **44,673.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. | |
| | ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. | |
| | ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

**B22A (Official Form 22A) (Chapter 7) (01/08)**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.<br><br>a. _____ $<br>b. _____ $<br>c. _____ $ | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
|---|---|---|
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.<br><br>| **Household members under 65 years of age** | | **Household members 65 years of age or older** | |<br>| a1. | Allowance per member | | a2. | Allowance per member | |<br>| b1. | Number of members | | b2. | Number of members | |<br>| c1. | Subtotal | | c2. | Subtotal | | | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**<br><br>| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |<br>| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |<br>| c. | Net mortgage/rental expense | Subtract Line b from Line a | | $ |

B22A (Official Form 22A) (Chapter 7) (01/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | $ |

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | $ |

| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |

B22A (Official Form 22A) (Chapter 7) (01/08)

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| Subpart B: Additional Expense Deductions under § 707(b) <br> Note: Do not include any expenses that you have listed in Lines 19-32 | | |
|---|---|---|

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> <br> Total and enter on Line 34 <br><br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br><br> $ _____ | $ |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (01/08)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|---|---|---|
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

| **Subpart C: Deductions for Debt Payment** |
|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes  ☐ no |
| b. | | | $ | ☐ yes  ☐ no |
| c. | | | $ | ☐ yes  ☐ no |
|  | | | Total: Add lines a, b and c. | |

(Line 42 total) $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
|  | | Total: Add lines a, b and c. | |

(Line 43 total) $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (01/08)

| | | | |
|---|---|---|---|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
| | a. | Projected average monthly chapter 13 plan payment. | $ |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |
| | | | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (01/08)

| Part VII. ADDITIONAL EXPENSE CLAIMS |
|---|

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| Part VIII. VERIFICATION |
|---|

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* |
|---|---|

Date: **May  1, 2008**  Signature: ***/s/ Gerard W Callahan***
(Debtor)

Date: _____  Signature: _____
(Joint Debtor, if any)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Callahan, Gerard W** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**I Connection** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **6711 / 71-0773249** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1014 Lakehurst Drive<br>Apt 302<br>Waukegan, IL**                 ZIPCODE **60085** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

<table>
<tr>
<td><b>Type of Debtor</b><br>(Form of Organization)<br>(Check <b>one</b> box.)<br>☑ Individual (includes Joint Debtors)<br><i>See Exhibit D on page 2 of this form.</i><br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)</td>
<td><b>Nature of Business</b><br>(Check <b>one</b> box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other</td>
<td><b>Chapter of Bankruptcy Code Under Which<br>the Petition is Filed</b> (Check <b>one</b> box.)<br>☑ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                           Nonmain Proceeding</td>
</tr>
<tr>
<td></td>
<td><b>Tax-Exempt Entity</b><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code).</td>
<td><b>Nature of Debts</b><br>(Check one box.)<br>☑ Debts are primarily consumer     ☐ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."</td>
</tr>
</table>

<table>
<tr>
<td><b>Filing Fee</b> (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B.</td>
<td><b>Chapter 11 Debtors</b><br><b>Check one box:</b><br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><b>Check if:</b><br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><b>Check all applicable boxes:</b><br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b).</td>
</tr>
</table>

| Statistical/Administrative Information | THIS SPACE IS FOR |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | COURT USE ONLY |

**Estimated Number of Creditors**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08) | Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Callahan, Gerard W** |
|---|---|

## Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. X  /s/ Daniel K. Sinclair          5/01/08 _____ Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                                    Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Callahan, Gerard W** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Gerard W Callahan**
Signature of Debtor                                      **Gerard W Callahan**

**X**
Signature of Joint Debtor
**(847) 672-5555**
Telephone Number (If not represented by attorney)
**May  1, 2008**
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**X** **/s/ Daniel K. Sinclair**
Signature of Attorney for Debtor(s)
**Daniel K. Sinclair 2619016**
Printed Name of Attorney for Debtor(s)
**Sinclair Law Offices**
Firm Name
**4170 Old Grand Ave.**
Address
**Gurnee, IL  60031**

Telephone Number
**May  1, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any,  of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

---

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE:

Case No. _____

**Callahan, Gerard W** _____

Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ***/s/ Gerard W Callahan*** _____

Date: **May  1, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                          Case No. _____

Callahan, Gerard W _____    Chapter **7** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $    1,050.00 | | |
| B - Personal Property | Yes | 3 | $    2,150.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $    0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $    50,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | $    82,564.69 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $    1,161.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $    1,826.00 |
| TOTAL | | 43 | $    3,200.00 | $    132,564.69 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Callahan, Gerard W _____    Chapter **7** _____
                                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **50,000.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **50,000.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **1,161.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **1,826.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **0.00** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **50,000.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **82,564.69** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **82,564.69** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Callahan, Gerard W**                                           Case No. _____
                         Debtor(s)                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Security Deposit for rental of Debtor's residential premises** | | | **1,050.00** | **0.00** |
| | | **TOTAL** | **1,050.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Callahan, Gerard W**
_____
                Debtor(s)

Case No. _____
                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Account at Great Lakes Credit Union # 54637670** | | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household furniture and fixtures** | | 200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing and personal effects** | | 100.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | | 1,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

**IN RE** Callahan, Gerard W

Debtor(s)                                                        Case No. _____

                                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1991 Chevy Van** | | **800.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Callahan, Gerard W**                                                                        Case No. _____
_____                                      _____
                        Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.   Farming equipment and implements. | X | | | |
| 34.   Farm supplies, chemicals, and feed. | X | | | |
| 35.   Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **2,150.00** |

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Callahan, Gerard W** _____     Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Security Deposit for rental of Debtor's residential premises** | **735 ILCS 5 §12-901** | **1,050.00** | **1,050.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Account at Great Lakes Credit Union # 54637670** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Household furniture and fixtures** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Clothing and personal effects** | **735 ILCS 5 §12-1001(a)** | **100.00** | **100.00** |
| **IRA** | **40 ILCS 5 §§22-230, 4-135, 6-213, 19-117** | **1,000.00** | **1,000.00** |
| **1991 Chevy Van** | **735 ILCS 5 §12-1001(c)** | **800.00** | **800.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Callahan, Gerard W**                                    Case No. _____
_____                                        _____
Debtor(s)                                                                     (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | $ | $ |
| | | | Total (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Callahan, Gerard W**                Case No. _____

         Debtor(s)                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) – Cont.

IN RE <u>Callahan, Gerard W</u>         Case No. _____
           Debtor(s)                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Aree Callahan**<br>**26633 W. Elmwood**<br>**Ingleside, IL** | | | **Obligations owed to former spouse pursuant to Judgment of Divorce** | | | | $<br>**50,000.00** | $<br>**50,000.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to               Subtotal
Schedule of Creditors Holding Unsecured Priority Claims      (Totals of this page)   $ **50,000.00**   $ **50,000.00**   $

                                                        Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **50,000.00**

                                                        Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **50,000.00**   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Callahan, Gerard W**          Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **A Glenn** <br> **1 N. Lake Third Lake** <br> **Grayslake, IL  60030** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO. **0079943** <br> **Access US** <br> **712 N. 2nd St.  Suite 300** <br> **St. Louis, MO  63102** | X | | **2008 for utility services.  Service was rendered to corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 351.73 |
| ACCOUNT NO. <br> **AD Integrated Systems** <br> **Dick Alshouse** <br> **3320 Mississippi St.** <br> **Great Lakes, IL  60088** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 60.00 |
| ACCOUNT NO. <br> **Adventure Inns, Inc.** <br> **Syed Kahn** <br> **3732 Grand Ave** <br> **Gurnee, IL  60031** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 720.00 |

___**21**___ continuation sheets attached

Subtotal (Total of this page) $ **1,171.73**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____
Debtor(s)     (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Al Oller**<br>**36549 N. Streamwood Dr- Grandwood Park**<br>**Gurnee, IL  60031** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 60.00 |
| ACCOUNT NO.<br>**Alpine Capital Corp.**<br>**Michael L. Morris**<br>**7620 Osceola Ave**<br>**Niles, IL  60714** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 80.00 |
| ACCOUNT NO.<br>**American Nat. Bk & Tr Co. U/T/A RV-01239**<br>**Gerald Pollack, c/o Bernfield, Wiseman**<br>**3330 Old Glenview Rd  #14**<br>**Wilmette, IL  60091** | | | **2007 rents due for rental of business premises for a corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 900.00 |
| ACCOUNT NO.<br>**Washington Tower Partners**<br>**Re:  IConnection, #502 2504 Washington**<br>**P.O. Box # 13230**<br>**Chicago, IL  60613** | | | **Assignee or other notification for:**<br>**American Nat. Bk & Tr Co. U/T/A RV-01239** | | | | |
| ACCOUNT NO.<br>**Arthur Degner**<br>**1801 Gilead**<br>**Zion, IL  60099** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. **847 662-0877 595 0**<br>**AT & T**<br>**P.O. Box 8100**<br>**Aurora, IL  60507-8100** | X | | **2007 for utility services.  Service was rendered to corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 219.62 |
| ACCOUNT NO. **500162486**<br>**AT & T Real Yellow Pages**<br>**DEX**<br>**8519 Innovation Way**<br>**Chicago, IL  60682-0085** | | | **2008 for advertising** | | | | 1,284.54 |

Sheet no. ___**1**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,564.16**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**

Debtor(s)                                        Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4888-9311-6102-5825** <br><br> **Bank of America** <br> **PO Box 17322** <br> **Baltimore, MD 21297-1322** | | | **2007 Credit card charges** | | | | 21,126.80 |
| ACCOUNT NO. <br><br> **Barbara Ruhl** <br> **37862 Cedar Lake Road** <br> **Lake Villa, IL 60046** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO. <br><br> **Besco Awards** <br> **Elgin Southgate** <br> **43085 Crawford Road N** <br> **Antioch, IL 60002** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 30.00 |
| ACCOUNT NO. <br><br> **BIOInform Inc.** <br> **Steven C. March** <br> **15660 W Timber Lane** <br> **Libertyville, IL 60048** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. <br><br> **Bonnie Cudahy** <br> **1119 Park Ave** <br> **North Chicago, IL 60064** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. **4115-0724-9205-3460** <br><br> **Capital One Bank** <br> **P.O. Box 5294** <br> **Carol Stream, IL 60197-5294** | X | | **2007 credit card charges. Credit card in in the name of a corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 1,869.80 |
| ACCOUNT NO. **57-3-572586244861** <br><br> **Capital One, N.A.** <br> **P5-PCLC-02-W** <br> **2730 Liberty Avenue** <br> **Pittsburg, PA 15222** | X | | **2007, line of credit. Credit was extended to corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 19,637.19 |

Sheet no. ___**2**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 42,743.79

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Callahan, Gerard W**                                                    Case No. _____
          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Capital One Services, Inc.**<br>P.O. Box 105131<br>Atlanta, GA  30348-5131 | | | **Assignee or other notification for:**<br>**Capital One, N.A.** | | | | |
| ACCOUNT NO. **4275 2000 1000 03**<br>**Cardservice International**<br>P.O. Box 2310<br>Agoura Hills, CA  91376-2310 | X | | 2007 for financial services.  Service was rendered to corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 103.80 |
| ACCOUNT NO.<br>**Merchant Services**<br>P.O. Box 6010<br>Hagerstown, MD  21741-6066 | | | **Assignee or other notification for:**<br>**Cardservice International** | | | | |
| ACCOUNT NO.<br>**Carolyn Switzer**<br>9904 Marguerite Lane<br>Beach Park, IL  60099 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 10.00 |
| ACCOUNT NO.<br>**Charles Dowell II**<br>1409 Glenwood Ave<br>Waukegan, IL  60085 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br>**Charles Waynick**<br>838 Landon Ave.<br>Winthrop Harbor, IL  60096 | | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO. **4246-3151-1601-3432**<br>**Chase Cardmember Services**<br>P.O. Box 15153<br>Wimington, DE  19886-5153 | X | | 2007 credit card charges.  Credit card corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 22,475.39 |

Sheet no. ___**3**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **22,649.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Callahan, Gerard W

Debtor(s)    Case No. _____    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cheri Tousignant<br>3604 Highland Ave<br>Gurnee, IL 60031 | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO.<br>Chester Macrowski<br>2732 Theresa Ave.<br>Waukegan, IL 60085 | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO.<br>Chicago Blower<br>Danielle E Ruzick<br>1675 Glen Ellyn Road<br>Glendale Heights, IL 60139 | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 80.00 |
| ACCOUNT NO.<br>Chicago Blower Corporation<br>Attn Karen- P.O. 79940-00<br>1675 Glen Ellyn Road<br>Glendale Heights, IL 60139 | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | | | | 175.00 |
| ACCOUNT NO. 2331054<br>City of Waukegan<br>100 N. Martin Luther King Jr. Ave/<br>Waukegan, IL 60085 | | | **2007 monies due for business license for corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 100.00 |
| ACCOUNT NO.<br>Cliff Suda<br>4120 Butternut Lane<br>Gurnee, IL 60031 | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. 2039104000<br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 | | | **2007 for utility services. Service was rendered to corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 297.62 |

Sheet no. __4__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 732.62

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____
Debtor(s)                    (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cranston Byrd<br>3507 Wembley<br>Zion, IL  60099 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 60.00 |
| ACCOUNT NO.<br>Dale Rusch<br>38703 N. Sheridan Road Lot 137<br>Beach Park, IL  60099 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br>Dan Bonnes<br>1940 N. Walnut Street<br>Waukegan, IL  60087 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br>Darrell Colboth<br>9874 W. Bairstow<br>Beach Park, IL  60087 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br>David And Willia Christian<br>1100 Carmel Bvd<br>Zion, IL  60099 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br>David Berger<br>376 Nortgate Road<br>Lindenhurst, IL  60046 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 10.00 |
| ACCOUNT NO.<br>Denese Hernandez<br>3445 Glen Flora<br>Gurnee, IL  60031 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |

Sheet no. ____5____ of ____21____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **230.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____
Debtor(s)                                    Case No. _____
                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dennis Fielding** <br> **1422 23rd Street** <br> **Zion, IL  60099** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. <br> **Dennis Pearson** <br> **322 Old Darby Lane** <br> **Winthrop Harbor, IL  60096** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. **500162486** <br> **DEX** <br> **8519 Innovation Way** <br> **Chicago, IL  60682-0085** | X | | **2007 for yellow pages advertising for a corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 956.20 |
| ACCOUNT NO. **8255909142069399** <br> **Dish Network** <br> **Dept 0063** <br> **Palatine, IL  60055-0063** | | | **2007 for utility services** | | | | 94.99 |
| ACCOUNT NO. <br> **Don Maksimovic** <br> **38183 N. Loyola Ave.** <br> **Beach Park, IL  60087** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. <br> **Donald Haugh** <br> **4378 Eastwood Ave** <br> **Gurnee, IL  60031** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. <br> **Donna Von Allmen** <br> **633 Wilber Court** <br> **Gurnee, IL  60031** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |

Sheet no. ___**6**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,151.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Callahan, Gerard W

Debtor(s)    Case No. _____  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Donna Voss<br>14145 Oak KnollRd.<br>Wadsworth, IL  60083 | | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br>Dr Xavier Parreno M.D.<br>Monica Parreno<br>2605 Grand Ave<br>Waukegan, IL  60085 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 912.00 |
| ACCOUNT NO.<br>Eileen Donohue<br>1702 7th Street, West Unit<br>Winthrop Harbor, IL  60096 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br>Elise Adams<br>384 Dorchester Lane<br>Grayslake, IL  60030 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br>Elmer Knoll<br>5059 Darlene Drive<br>Gurnee, IL  60031 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 60.00 |
| ACCOUNT NO.<br>Ernest Garner<br>18954 Roosevelt Road<br>Lake Villa, IL  60046 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 60.00 |
| ACCOUNT NO.<br>Fire Em Up Inc.<br>Accounts Payable<br>3840 Swanson Court<br>Gurnee, IL  60031 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 300.00 |

Sheet no. ___7___ of ___21___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,392.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____
Debtor(s)                        (If known)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Foss Park District<br>Brad Skof<br>1730 Lewis<br>North Chicago, IL  60064** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 25.00 |
| ACCOUNT NO.<br><br>**Frances Tenant<br>2517 N. Elmwood<br>Waukegan, IL  60087** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO.<br><br>**Frank Beykirch<br>2246 Alta Vista<br>Waukegan, IL  60087** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO.<br><br>**Gladys Salus<br>109 Chesapeake Bay<br>Winthrop Harbor, IL  60096** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. **1000269**<br><br>**Globalcom, Inc.<br>Attn: Collections Department<br>200 East Randolph Drive  23rd Floor<br>Chicago, IL  60601** | X | | **2007 for utility services.  Service was rendered to corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 558.23 |
| ACCOUNT NO.<br><br>**Gold Pyramid House<br>Jim Onan<br>3740 Grand Ave<br>Gurnee, IL  60031** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 480.00 |
| ACCOUNT NO.<br><br>**Gordon Finkel<br>5055 Glendale Dr.<br>Gurnee, IL  60031** | X | | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |

Sheet no. ___8___ of ___21___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **1,163.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Callahan, Gerard W                                                                  Case No. _____
_____Debtor(s)_____                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Great Lakes Naval Museum Assn<br>Therese Gonzalez<br>PO Box 886307<br>Great Lakes, IL  60088 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 60.00 |
| ACCOUNT NO.<br><br>Gurnee Grand Hotel<br>Gina Goshinsky<br>5520 Grand Ave<br>Gurnee, IL  60031 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 60.00 |
| ACCOUNT NO.<br><br>Herman Anderson<br>1328 Greenfield Ave.<br>Waukegan, IL  60085 | | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Holden Industries Inc.<br>Joe Walsh<br>500 Lake Cook Road #400<br>Deerfield, IL  60015 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 300.00 |
| ACCOUNT NO.<br><br>Illinois Beach Resort<br>Andrew Lombardo- Mike Wathen<br>1 Lake Front<br>Zion, IL  60099 | | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 830.00 |
| ACCOUNT NO.<br><br>James Abrahamson<br>2623 Cornelia Ave.  Apartment 2<br>Waukegan, IL  60085 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>James Hahn<br>38703 N Sheridan Road #68<br>Beach Park, IL  60099 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 10.00 |

Sheet no. ___9___ of ___21___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $    1,300.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)        $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James J. DeSanto P.C.<br>James DeSanto<br>712 Florshiem Dr.<br>Libertyville, IL  60048 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br><br>James McCarthy<br>3120 Cornell<br>Waukegan, IL  60087 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>James Ryan<br>203 Valle Vista Ct<br>Minooka, IL  60447 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 60.00 |
| ACCOUNT NO.<br><br>Jerry Topcik<br>13880 W. Russell Road<br>Zion, IL  60099 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br><br>Jim O'Toole<br>1962 Bobolink Ln.<br>Libertyville, IL  60048 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>John Maner<br>2213 Herbert Drive<br>Waukegan, IL  60087 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br><br>Judi And Rick Larsen<br>3157 Hampshire Lane<br>Waukegan, IL  60087 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |

Sheet no. ___**10**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **240.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

IN RE **Callahan, Gerard W**                                                                    Case No. _____
                          Debtor(s)                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>June Smith<br>425 Flanders Lane<br>Grayslake, IL 60030 | | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br>Ken Nagel<br>3519 Mary Ave.<br>Park Clty, IL 60085 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br>Kevin Deram<br>415 Hull Ct.<br>Waukegan, IL 60085 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br>Lakeland-Larsen Elevator Corp.<br>John W. Frecking<br>731 McAlister St.<br>Waukegan, IL 60085 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 100.00 |
| ACCOUNT NO.<br>Laura Swinden/ Lori Bergin<br>6826 Foxworth Lane<br>Gurnee, IL 60031 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 10.00 |
| ACCOUNT NO.<br>Lena Bekrich<br>310 S Dilger<br>Waukegan, IL 60085 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 220.00 |
| ACCOUNT NO. 100390<br>Level 3 Communications LLC<br>Department 182<br>Denver, CO 80291-0182 | X | | 2007 for utility services. Service was rendered to corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 1,000.00 |

Sheet no. _____**11**_____ of _____**21**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $ **1,410.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**

| Debtor(s) | Case No. | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lew Clarke<br>110 Hemstead Street<br>Lake Bluff, IL  60044 | | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Linda Pekelsma<br>4371 Birch Dr.<br>Gurnee, IL  60031 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Lindy Tool Co.<br>David Linderholm<br>1117 Greenwood Ave.<br>Waukegan, IL  60087 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 195.00 |
| ACCOUNT NO.<br><br>Lisa Petrillo<br>10238 Wadsworth Road<br>Beach Park, IL  60099 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 60.00 |
| ACCOUNT NO.<br><br>Little Bear Child Development<br>Wanda<br>653 Porter St.<br>Waukegan, IL  60085 | | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Lois Hamann<br>13980 Stonegate Road<br>Wadsworth, IL  60083 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Magdalene Burns<br>10055 Logan Court<br>Zion, IL  60099 | | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |

Sheet no. ____**12**___ of ____**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | $ | 355.00 |
|---|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Management Meeting Consultants Norman Olsen 250 Illinois Ave Lake Forest, IL 60045** | | X | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 30.00 |
| ACCOUNT NO. **Margaret Capitani 1006 Grove Ave Waukegan, IL 60085** | | X | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO. **Mark Belgrado 516 N. Martin Avenue Waukegan, IL 60085** | | X | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO. **Mark Peavey 4832 Blosson Ct Waukegan, IL 60087** | | X | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO. **Mark Solomon 4290 Greenbrier Ct Gurnee, IL 60031** | | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 10.00 |
| ACCOUNT NO. **Mark Yepsen 5573 Barnwood Drive Gurnee, IL 60031** | | X | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO. **Mary Foley 946 N. Sheridan Waukegan, IL 60085** | | X | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |

Sheet no. ____**13**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **200.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>Callahan, Gerard W</u>                                    Case No. _____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Matt Winston**<br>**3315 W. Grand Ave**<br>**Waukegan, IL  60085** | | X | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 120.00 |
| ACCOUNT NO.<br><br>**Matthew Stanton**<br>**4481 McClure**<br>**Gurnee, IL  60031** | | X | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO.<br><br>**Michael Fluegal**<br>**2814 Enoch Ave**<br>**Zion, IL  60099** | | X | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 60.00 |
| ACCOUNT NO.<br><br>**Michael Macalik**<br>**18025 Kewaunee Dr.**<br>**Wildwood, IL  60030** | | X | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO.<br><br>**Michael Parker**<br>**2101 Maplewood Drive**<br>**Gurnee, IL  60031** | | X | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO.<br><br>**Mid West Survey Company**<br>**Dave Mann**<br>**318 N. County Street**<br>**Waukegan, IL  60085** | | X | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 60.00 |
| ACCOUNT NO.<br><br>**Mike Hollis**<br>**41116 N. Lincoln Ave**<br>**Antioch, IL  60002** | | X | **2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |

Sheet no. ___**14**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **360.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**                                                    Case No. _____

_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Minnie Cross<br>1706 B1 Barrett Court<br>North Chicago, IL  60064 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Moira Greene<br>3305 Sunset Ave. #220<br>Waukegan, IL  60087 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Nancy Johnson<br>3426 Howard Ave.<br>Park City, IL  60085 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Onan Condos<br>Jim Onan<br>3740 Grand Ave.<br>Gurnee, IL  60031 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 45.00 |
| ACCOUNT NO.<br><br>Onan Enterprises<br>Yolanda Fierro<br>928 Low Ave<br>Gurnee, IL  60031 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 140.00 |
| ACCOUNT NO.<br><br>Onan Garage<br>James Onan<br>37921 Dilleys Road<br>Wadsworth, IL  60083 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br><br>Pam Stefanowski<br>14080 Oak Knoll Road<br>Wadsworth, IL  60083 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |

Sheet no. ____**15**___ of ____**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **325.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Callahan, Gerard W
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Pat Christensen<br>2027 N. Butrick #3<br>Waukegan, IL 60087 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 10.00 |
| ACCOUNT NO.<br><br>Pat Forth<br>39956 Trevino Lane<br>Antioch, IL 60002 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Patricia Redding<br>2121 Cornelia St.<br>Waukegan, IL 60085 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Paul Hettich<br>25485 W. Highwoods Drive<br>Antioch, IL 60002 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Paul Katz<br>PO Box 6247<br>Buffalo Grove, IL 60089 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Peach Matelski<br>37105 N. Sheridan Road<br>Waukegan, IL 60087 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>People Search<br>Joanne I. Layne<br>P.O. Box 873<br>Waukegan, IL 60079 | X | | 2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 10.00 |

Sheet no. __16__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    120.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**            Case No. _____
_____
Debtor(s)                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Power Of Oneness Spiritual Center Celeste Frazier 5655 S. University Chicago, IL 60637** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 45.00 |
| ACCOUNT NO.<br>**Richard Pearson 3330 Country Lane Waukegan, IL 60087** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 100.00 |
| ACCOUNT NO.<br>**Rita Paulson 37685 N. North Ave Beach Park, IL 60087** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO.<br>**Robert Haymaker 17132 Tiger Tail Ct. Gurnee, IL 60031** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO.<br>**Roger Grum 824 Foster Avw Lake Bluff, IL 60044** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO.<br>**Ruth Oakes 2821 Enoch Ave Zion, IL 60099** | | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO.<br>**Sandra Carobine 2024 Waukegan, IL 60078** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 60.00 |

Sheet no. ____**17**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **345.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**                                              Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Sandy Speirs<br>2871 N. Augusta Drive<br>Wadsworth, IL 60083** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO.<br><br>**Scott Jeanblanc<br>1825 Ash Street<br>Waukegan, IL 60087** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO.<br><br>**Shari Bornstein<br>4343 Grand Ave #110<br>Gurnee, IL 60031** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 10.00 |
| ACCOUNT NO.<br><br>**Sharon Kennedy<br>117 Lotus Drive<br>McHenry, IL 60050** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 60.00 |
| ACCOUNT NO.<br><br>**Sherri Cottenham<br>603 N. Lewis Ave<br>Waukegan, IL 60085** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |
| ACCOUNT NO.<br><br>**Shiloh Baptist Church<br>Robert Brown<br>800 S. Genesee Street<br>Waukegan, IL 60085** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 180.00 |
| ACCOUNT NO.<br><br>**Skip Fentress<br>31 Lancaster Cir.<br>Gurnee, IL 60031** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 40.00 |

Sheet no. ____**18**____ of ____**21**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **370.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Callahan, Gerard W

Debtor(s)                                    Case No. _____

                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Starglow Studios**<br>**Diane Donato**<br>**4N637 Wescot Lane**<br>**West Chicago, IL  60185** | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 80.00 |
| ACCOUNT NO. 0203112644<br>**State Bank Of The  Lakes**<br>**440 Lake St.**<br>**Antioch, IL  60002** | X | | 2008, overdraft of checking account.  Checking account is in the name of a corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 597.98 |
| ACCOUNT NO.<br>**Sue Peterson**<br>**40772 Timberland Tr.**<br>**Wadsworth, IL  60083** | | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br>**Susan Haser**<br>**878 S. West Ave**<br>**Waukegan, IL  60085** | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br>**Terry Boone**<br>**400 Fairhaven Drive**<br>**Winthrop Harbor, IL  60096** | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 70.00 |
| ACCOUNT NO.<br>**The Upgrade Shop**<br>**Ronald L. Forcier**<br>**14120 Oak Knoll Rd.**<br>**Wadsworth, IL  60083** | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 10.00 |
| ACCOUNT NO.<br>**TMD Enterprises, Inc.**<br>**Thomas M. Dimitroff**<br>**2100 Atlantic**<br>**Waukegan, IL  60085** | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |

Sheet no. ____**19**___ of ____**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 817.98

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tom Clark<br>2111 Kenton Ln<br>Libertyville, IL  60048 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 116.00 |
| ACCOUNT NO.<br><br>Tom Clark<br>900 North Shore Dr.<br>Lake Bluff, IL  60044 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 40.00 |
| ACCOUNT NO.<br><br>Tom Edwards<br>3615 Cheyenne Road<br>Gurnee, IL  60031 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |
| ACCOUNT NO.<br><br>Valerie Soos Sinclair<br>700 Hillcrest Bvd<br>Hoffman Estates, IL  60192 | X | | Soos Sinclair | X | | | 130.00 |
| ACCOUNT NO. **5400  X34**<br><br>Verizon Business<br>Suite 870<br>500 Technology Drive<br>Weldon Springs, MO  83304 | X | | 2007 for utility service for business.  Service was rendered to corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form. | X | | | 939.80 |
| ACCOUNT NO.<br><br>Verizon<br>P.O. Box 371873<br>Pittsburgh, PA  15250-7873 | | | Assignee or other notification for:<br>Verizon Business | | | | |
| ACCOUNT NO.<br><br>Violeta Rutkauskiene<br>2833 Grove Ave.<br>Waukegan, IL  60085 | X | | 2007 advance payment for internet support services.  Debt is owed by corporation solely owned by Debtor.  Debtor's liability is contingent upon disregarding the corporate form. | X | | | 20.00 |

Sheet no. __**20**__ of __**21**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,265.80**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____                                          Case No. _____
Debtor(s)                                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Vision Care Associates<br>Carl Somers<br>1120 E. Washington Street<br>Grayslake, IL 60030** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 60.00 |
| ACCOUNT NO.<br>**Warden & Warden<br>700 N. 13th St. Suite A<br>Rogers, AR 72756** | | | **2008 for accounting services** | | | | 563.00 |
| ACCOUNT NO.<br>**Waukegan Park District<br>Eric Knutsen<br>2000 Belvideer Street<br>Waukegan, IL 60085** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 1,000.00 |
| ACCOUNT NO.<br>**Wayne's Mechanical Service<br>Fran Brenden<br>10087 W. Wyer St.<br>Beach Park, IL 60087** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 20.00 |
| ACCOUNT NO.<br>**Zegar And Associates<br>James Zegar<br>14125 Oak Knoll Road<br>Wadsworth, IL 60083** | X | | **2007 advance payment for internet support services. Debt is owed by corporation solely owned by Debtor. Debtor's liability is contingent upon disregarding the corporate form.** | X | | | 15.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**21**___ of ___**21**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       $   **1,658.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)       $   **82,564.69**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Callahan, Gerard W**
_____     Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Am Nat. Bk & Tr.Co. U/T/A RV-012397**<br>**Gerald Pollack c/o Bernfield, Wiseman**<br>**3330 Old Glenview Rd.  #14**<br>**Wilmette, IL  60091** | **Lease of business premises by corporation solely owned by the Debtor** |
| **Emhurst Lake Apartments**<br>**1100 Lakehurst Road**<br>**Waukegan, IL  60085** | **Lease of Debtor's residential premises** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>Callahan, Gerard W</u>                                    Case No. _____
                Debtor(s)                                                    (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **I Connection Inc**<br>**a/k/a 3. Connections Inc.**<br>**2504 Washington, Suite 502**<br>**Waukegan, IL  60085-4983** | **Fire Em Up Inc.**<br>**Accounts Payable**<br>**3840 Swanson Court**<br>**Gurnee, IL  60031**<br><br>**Chicago Blower Corporation**<br>**Attn Karen- P.O. 79940-00**<br>**1675 Glen Ellyn Road**<br>**Glendale Heights, IL  60139**<br><br>**Lena Bekrich**<br>**310 S Dilger**<br>**Waukegan, IL  60085**<br><br>**Mark Belgrado**<br>**516 N. Martin Avenue**<br>**Waukegan, IL  60085**<br><br>**Dan Bonnes**<br>**1940 N. Walnut Street**<br>**Waukegan, IL  60087**<br><br>**Terry Boone**<br>**400 Fairhaven Drive**<br>**Winthrop Harbor, IL  60096**<br><br>**Cranston Byrd**<br>**3507 Wembley**<br>**Zion, IL  60099**<br><br>**Margaret Capitani**<br>**1006 Grove Ave**<br>**Waukegan, IL  60085**<br><br>**Vision Care Associates**<br>**Carl Somers**<br>**1120 E. Washington Street**<br>**Grayslake, IL  60030**<br><br>**Sandra Carobine**<br>**2024**<br>**Waukegan, IL  60078**<br><br>**Pat Christensen**<br>**2027 N. Butrick #3**<br>**Waukegan, IL  60087**<br><br>**David And Willia Christian**<br>**1100 Carmel Bvd**<br>**Zion, IL  60099** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Callahan, Gerard W</u>                                        Case No. _____
                            Debtor(s)                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | **Tom Clark**<br>**2111 Kenton Ln**<br>**Libertyville, IL  60048** |
|  | **Tom Clark**<br>**900 North Shore Dr.**<br>**Lake Bluff, IL  60044** |
|  | **Sherri Cottenham**<br>**603 N. Lewis Ave**<br>**Waukegan, IL  60085** |
|  | **Bonnie Cudahy**<br>**1119 Park Ave**<br>**North Chicago, IL  60064** |
|  | **Chicago Blower**<br>**Danielle E Ruzick**<br>**1675 Glen Ellyn Road**<br>**Glendale Heights, IL  60139** |
|  | **Mid West Survey Company**<br>**Dave Mann**<br>**318 N. County Street**<br>**Waukegan, IL  60085** |
|  | **Lindy Tool Co.**<br>**David Linderholm**<br>**1117 Greenwood Ave.**<br>**Waukegan, IL  60087** |
|  | **Kevin Deram**<br>**415 Hull Ct.**<br>**Waukegan, IL  60085** |
|  | **Starglow Studios**<br>**Diane Donato**<br>**4N637 Wescot Lane**<br>**West Chicago, IL  60185** |
|  | **AD Integrated Systems**<br>**Dick Alshouse**<br>**3320 Mississippi St.**<br>**Great Lakes, IL  60088** |
|  | **Charles Dowell II**<br>**1409 Glenwood Ave**<br>**Waukegan, IL  60085** |
|  | **Tom Edwards**<br>**3615 Cheyenne Road**<br>**Gurnee, IL  60031** |
|  | **Besco Awards**<br>**Elgin Southgate**<br>**43085 Crawford Road N**<br>**Antioch, IL  60002** |
|  | **Waukegan Park District** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Callahan, Gerard W</u>                                              Case No. _____
　　　　　　　　　Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Eric Knutsen**<br>**2000 Belvideer Street**<br>**Waukegan, IL  60085** |
| | **Skip Fentress**<br>**31 Lancaster Cir.**<br>**Gurnee, IL  60031** |
| | **Dennis Fielding**<br>**1422 23rd Street**<br>**Zion, IL  60099** |
| | **Gordon Finkel**<br>**5055 Glendale Dr.**<br>**Gurnee, IL  60031** |
| | **Michael Fluegal**<br>**2814 Enoch Ave**<br>**Zion, IL  60099** |
| | **Mary Foley**<br>**946 N. Sheridan**<br>**Waukegan, IL  60085** |
| | **Pat Forth**<br>**39956 Trevino Lane**<br>**Antioch, IL  60002** |
| | **Ernest Garner**<br>**18954 Roosevelt Road**<br>**Lake Villa, IL  60046** |
| | **Gurnee Grand Hotel**<br>**Gina Goshinsky**<br>**5520 Grand Ave**<br>**Gurnee, IL  60031** |
| | **A Glenn**<br>**1 N. Lake Third Lake**<br>**Grayslake, IL  60030** |
| | **Roger Grum**<br>**824 Foster Avw**<br>**Lake Bluff, IL  60044** |
| | **James Hahn**<br>**38703 N Sheridan Road #68**<br>**Beach Park, IL  60099** |
| | **Lois Hamann**<br>**13980 Stonegate Road**<br>**Wadsworth, IL  60083** |
| | **Susan Haser**<br>**878 S. West Ave**<br>**Waukegan, IL  60085** |
| | **Donald Haugh**<br>**4378 Eastwood Ave** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Gurnee, IL  60031 |
| | **Robert Haymaker**<br>**17132 Tiger Tail Ct.**<br>**Gurnee, IL  60031** |
| | **Denese Hernandez**<br>**3445 Glen Flora**<br>**Gurnee, IL  60031** |
| | **Mike Hollis**<br>**41116 N. Lincoln Ave**<br>**Antioch, IL  60002** |
| | **James J. DeSanto P.C.**<br>**James DeSanto**<br>**712 Florshiem Dr.**<br>**Libertyville, IL  60048** |
| | **Onan Garage**<br>**James Onan**<br>**37921 Dilleys Road**<br>**Wadsworth, IL  60083** |
| | **Zegar And Associates**<br>**James Zegar**<br>**14125 Oak Knoll Road**<br>**Wadsworth, IL  60083** |
| | **Scott Jeanblanc**<br>**1825 Ash Street**<br>**Waukegan, IL  60087** |
| | **Gold Pyramid House**<br>**Jim Onan**<br>**3740 Grand Ave**<br>**Gurnee, IL  60031** |
| | **People Search**<br>**Joanne I. Layne**<br>**P.O. Box 873**<br>**Waukegan, IL  60079** |
| | **Holden Industries Inc.**<br>**Joe Walsh**<br>**500 Lake Cook Road #400**<br>**Deerfield, IL  60015** |
| | **Lakeland-Larsen Elevator Corp.**<br>**John W. Frecking**<br>**731 McAlister St.**<br>**Waukegan, IL  60085** |
| | **Sharon Kennedy**<br>**117 Lotus Drive**<br>**McHenry, IL  60050** |
| | **Elmer Knoll**<br>**5059 Darlene Drive** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Callahan, Gerard W</u>                                                           Case No. _____
                                  Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Gurnee, IL  60031 |
| | **Chester Macrowski**<br>2732 Theresa Ave.<br>Waukegan, IL  60085 |
| | **Don Maksimovic**<br>38183 N. Loyola Ave.<br>Beach Park, IL  60087 |
| | **John Maner**<br>2213 Herbert Drive<br>Waukegan, IL  60087 |
| | **Peach Matelski**<br>37105 N. Sheridan Road<br>Waukegan, IL  60087 |
| | **James McCarthy**<br>3120 Cornell<br>Waukegan, IL  60087 |
| | **Alpine Capital Corp.**<br>Michael L. Morris<br>7620 Osceola Ave<br>Niles, IL  60714 |
| | **Dr Xavier Parreno M.D.**<br>Monica Parreno<br>2605 Grand Ave<br>Waukegan, IL  60085 |
| | **Management Meeting Consultants**<br>Norman Olsen<br>250 Illinois Ave<br>Lake Forest, IL  60045 |
| | **Jim O'Toole**<br>1962 Bobolink Ln.<br>Libertyville, IL  60048 |
| | **Al Oller**<br>36549 N. Streamwood Dr- Grandwood Park<br>Gurnee, IL  60031 |
| | **Michael Parker**<br>2101 Maplewood Drive<br>Gurnee, IL  60031 |
| | **Rita Paulson**<br>37685 N. North Ave<br>Beach Park, IL  60087 |
| | **Dennis Pearson**<br>322 Old Darby Lane<br>Winthrop Harbor, IL  60096 |
| | **Richard Pearson**<br>3330 Country Lane |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Callahan, Gerard W</u>                                                              Case No. _____
                      Debtor(s)                                                                        (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Waukegan, IL  60087 |
| | **Mark Peavey**<br>**4832 Blosson Ct**<br>**Waukegan, IL  60087** |
| | **Lisa Petrillo**<br>**10238 Wadsworth Road**<br>**Beach Park, IL  60099** |
| | **Shiloh Baptist Church**<br>**Robert Brown**<br>**800 S. Genesee Street**<br>**Waukegan, IL  60085** |
| | **Barbara Ruhl**<br>**37862 Cedar Lake Road**<br>**Lake Villa, IL  60046** |
| | **Dale Rusch**<br>**38703 N. Sheridan Road Lot 137**<br>**Beach Park, IL  60099** |
| | **James Ryan**<br>**203 Valle Vista Ct**<br>**Minooka, IL  60447** |
| | **Valerie Soos Sinclair**<br>**700 Hillcrest Bvd**<br>**Hoffman Estates, IL  60192** |
| | **Sandy Speirs**<br>**2871 N. Augusta Drive**<br>**Wadsworth, IL  60083** |
| | **Pam Stefanowski**<br>**14080 Oak Knoll Road**<br>**Wadswroth, IL  60083** |
| | **BIOInform Inc.**<br>**Steven C. March**<br>**15660 W Timber Lane**<br>**Libertyville, IL  60048** |
| | **Laura Swinden/ Lori Bergin**<br>**6826 Foxworth Lane**<br>**Gurnee, IL  60031** |
| | **Carolyn Switzer**<br>**9904 Marguerite Lane**<br>**Beach Park, IL  60099** |
| | **Adventure Inns, Inc.**<br>**Syed Kahn**<br>**3732 Grand Ave**<br>**Gurnee, IL  60031** |
| | **Frances Tenant**<br>**2517 N. Elmwood** |

B6H (Official Form 6H) (12/07) – Cont.

IN RE <u>Callahan, Gerard W</u>                                                    Case No. _____
　　　　　　　　　Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Waukegan, IL  60087<br><br>**Great Lakes Naval Museum Assn**<br>**Therese Gonzalez**<br>**PO Box 886307**<br>**Great Lakes, IL  60088**<br><br>**Jerry Topcik**<br>**13880 W. Russell Road**<br>**Zion, IL  60099**<br><br>**Cheri Tousignant**<br>**3604 Highland Ave**<br>**Gurnee, IL  60031**<br><br>**Matt Winston**<br>**3315 W. Grand Ave**<br>**Waukegan, IL  60085**<br><br>**Mark Yepsen**<br>**5573 Barnwood Drive**<br>**Gurnee, IL  60031**<br><br>**Onan Enterprises**<br>**Yolanda Fierro**<br>**928 Low Ave**<br>**Gurnee, IL  60031**<br><br>**Verizon Business**<br>**Suite 870**<br>**500 Technology Drive**<br>**Weldon Springs, MO  83304**<br><br>**Globalcom, Inc.**<br>**Attn: Collections Department**<br>**200 East Randolph Drive  23rd Floor**<br>**Chicago, IL  60601**<br><br>**Cardservice International**<br>**P.O. Box 2310**<br>**Agoura Hills, CA  91376-2310**<br><br>**Capital One, N.A.**<br>**P5-PCLC-02-W**<br>**2730 Liberty Avenue**<br>**Pittsburg, PA  15222**<br><br>**State Bank Of The  Lakes**<br>**440 Lake St.**<br>**Antioch, IL  60002**<br><br>**AT & T**<br>**P.O. Box 8100**<br>**Aurora, IL  60507-8100**<br><br>**Access US**<br>**712 N. 2nd St.  Suite 300**<br>**St. Louis, MO  63102** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Callahan, Gerard W</u>                 Case No. _____
             Debtor(s)                                                (If known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | **Chase Cardmember Services**<br>P.O. Box 15153<br>Wimington, DE  19886-5153 |
|  | **Capital One Bank**<br>P.O. Box 5294<br>Carol Stream, IL  60197-5294 |
|  | **DEX**<br>8519 Innovation Way<br>Chicago, IL  60682-0085 |
|  | **Level 3 Communications LLC**<br>Department 182<br>Denver, CO  80291-0182 |
|  | **James Abrahamson**<br>2623 Cornelia Ave.  Apartment 2<br>Waukegan, IL  60085 |
|  | **Elise Adams**<br>384 Dorchester Lane<br>Grayslake, IL  60030 |
|  | **David Berger**<br>376 Nortgate Road<br>Lindenhurst, IL  60046 |
|  | **Frank Beykirch**<br>2246 Alta Vista<br>Waukegan, IL  60087 |
|  | **Shari Bornstein**<br>4343 Grand Ave #110<br>Gurnee, IL  60031 |
|  | **Foss Park District**<br>**Brad Skof**<br>1730 Lewis<br>North Chicago, IL  60064 |
|  | **Power Of Oneness Spiritual Center**<br>**Celeste Frazier**<br>5655 S. University<br>Chicago, IL  60637 |
|  | **Darrell Colboth**<br>9874 W. Bairstow<br>Beach Park, IL  60087 |
|  | **Minnie Cross**<br>1706 B1 Barrett Court<br>North Chicago, IL  60064 |
|  | **Arthur Degner**<br>1801 Gilead<br>Zion, IL  60099 |
|  | **Eileen Donohue** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE <u>Callahan, Gerard W</u>                                    Case No. _____
            Debtor(s)                                                      (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 1702 7th Street, West Unit<br>Winthrop Harbor, IL  60096<br><br>Wayne's Mechanical Service<br>Fran Brenden<br>10087 W. Wyer St.<br>Beach Park, IL  60087<br><br>Moira Greene<br>3305 Sunset Ave. #220<br>Waukegan, IL  60087<br><br>Paul Hettich<br>25485 W. Highwoods Drive<br>Antioch, IL  60002<br><br>Onan Condos<br>Jim Onan<br>3740 Grand Ave.<br>Gurnee, IL  60031<br><br>Nancy Johnson<br>3426 Howard Ave.<br>Park City, IL  60085<br><br>Paul Katz<br>PO Box 6247<br>Buffalo Grove, IL  60089<br><br>Judi And Rick Larsen<br>3157 Hampshire Lane<br>Waukegan, IL  60087<br><br>Michael Macalik<br>18025 Kewaunee Dr.<br>Wildwood, IL  60030<br><br>Ken Nagel<br>3519 Mary Ave.<br>Park CIty, IL  60085<br><br>Linda Pekelsma<br>4371 Birch Dr.<br>Gurnee, IL  60031<br><br>Patricia Redding<br>2121 Cornelia St.<br>Waukegan, IL  60085<br><br>The Upgrade Shop<br>Ronald L. Forcier<br>14120 Oak Knoll Rd.<br>Wadsworth, IL  60083<br><br>Violeta Rutkauskiene<br>2833 Grove Ave.<br>Waukegan, IL  60085<br><br>Gladys Salus |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Callahan, Gerard W**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **109 Chesapeake Bay**<br>**Winthrop Harbor, IL  60096**<br><br>**Matthew Stanton**<br>**4481 McClure**<br>**Gurnee, IL  60031**<br><br>**Cliff Suda**<br>**4120 Butternut Lane**<br>**Gurnee, IL  60031**<br><br>**TMD Enterprises, Inc.**<br>**Thomas M. Dimitroff**<br>**2100 Atlantic**<br>**Waukegan, IL  60085**<br><br>**Donna Von Allmen**<br>**633 Wilber Court**<br>**Gurnee, IL  60031** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Callahan, Gerard W**                                                    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                    DEBTOR        SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ _____0.00 | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ _____0.00 | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ _____0.00 | $ _____ |
| | | |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income (Specify) **Unemployment Compensation** | $ ____1,161.00 | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ ____1,161.00 | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ ____1,161.00 | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                    $ _____1,161.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Callahan, Gerard W                                                                  Case No. _____
_____                                                                  _____
Debtor(s)                                                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 850.00 |
| a. Are real estate taxes included?    Yes ____  No ✓ | |
| b. Is property insurance included?   Yes ____  No ✓ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ 100.00 |
| b. Water and sewer | $ _____ |
| c. Telephone | $ 43.00 |
| d. Other _____ | $ _____ |
| _____ | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ 200.00 |
| 5. Clothing | $ _____ |
| 6. Laundry and dry cleaning | $ _____ |
| 7. Medical and dental expenses | $ _____ |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _____ |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ _____ |
| b. Life | $ _____ |
| c. Health | $ _____ |
| d. Auto | $ 33.00 |
| e. Other _____ | $ _____ |
| _____ | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ _____ |
| _____ | $ _____ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ _____ |
| b. Other _____ | $ _____ |
| _____ | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ 500.00 |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.      $ **1,826.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Debtor has roommate who is voluntarily contributing to household expenses while debtor seeks employment**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 1,161.00 |
| b. Average monthly expenses from Line 18 above | $ 1,826.00 |
| c. Monthly net income (a. minus b.) | $ -665.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>Callahan, Gerard W</u>                                                                                      Case No. _____
                                         Debtor(s)                                                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____<u>45</u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>**May  1, 2008**</u>                              Signature: ___*/s/ Gerard W Callahan*_____
                                                                          **Gerard W Callahan**                                              Debtor

Date: _____              Signature: _____
                                                                                                                          (Joint Debtor, if any)
                                                                                  [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                    _____
Signature of Bankruptcy Petition Preparer                                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____              Signature: _____

                                                                          _____
                                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                    Case No. _____

Callahan, Gerard W _____    Chapter **7** _____
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **22,600.00** | **2007-- income from employment** |
| **42,000.00** | **2006 --income from employment** |
| **2,300.00** | **2008--year to date unemployment compensation** |

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **DanielK. Sinclair**<br>**4170 Old Grand Avenue**<br>**Gurnee, IL  60031** | **December, 2007** | **2,611.00** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ✓ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ✓ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ✓ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ✓ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ✓ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ✓ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ✓ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ✓ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ✓ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ✓ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates  of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **May  1, 2008**_____     Signature  ***/s/ Gerard W Callahan***_____
                                          of Debtor                                                          **Gerard W Callahan**

Date: _____     Signature  _____
                                          of Joint Debtor
                                          (if any)

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                          Case No. _____

**Callahan, Gerard W** _____    Chapter **7** _____

_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☑ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **None** | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **Lease of Debtor's residential premises** | **Emhurst Lake Apartments** | ✓ |

**05/01/2008**      **/s/ Gerard W Callahan**
Date                **Gerard W Callahan**                          Debtor                          Joint Debtor (if applicable)

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____                    _____
Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Callahan, Gerard W _____  Chapter **7** _____
                            Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **151**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May  1, 2008** _____    */s/ Gerard W Callahan* _____
                                            Debtor

                                            _____
                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Callahan, Gerard W**
**1014 Lakehurst Drive**
**Apt 302**
**Waukegan, IL  60085**

**Arthur Degner**
**1801 Gilead**
**Zion, IL  60099**

**Capital One, N.A.**
**P5-PCLC-02-W**
**2730 Liberty Avenue**
**Pittsburg, PA  15222**

**Sinclair Law Offices**
**4170 Old Grand Ave.**
**Gurnee, IL  60031**

**AT & T**
**P.O. Box 8100**
**Aurora, IL  60507-8100**

**Cardservice International**
**P.O. Box 2310**
**Agoura Hills, CA  91376-2310**

**A Glenn**
**1 N. Lake Third Lake**
**Grayslake, IL  60030**

**AT & T Real Yellow Pages**
**DEX**
**8519 Innovation Way**
**Chicago, IL  60682-0085**

**Carolyn Switzer**
**9904 Marguerite Lane**
**Beach Park, IL  60099**

**Access US**
**712 N. 2nd St.  Suite 300**
**St. Louis, MO  63102**

**Bank of America**
**PO Box 17322**
**Baltimore, MD  21297-1322**

**Charles Dowell II**
**1409 Glenwood Ave**
**Waukegan, IL  60085**

**AD Integrated Systems**
**Dick Alshouse**
**3320 Mississippi St.**
**Great Lakes, IL  60088**

**Barbara Ruhl**
**37862 Cedar Lake Road**
**Lake Villa, IL  60046**

**Charles Waynick**
**838 Landon Ave.**
**Winthrop Harbor, IL  60096**

**Adventure Inns, Inc.**
**Syed Kahn**
**3732 Grand Ave**
**Gurnee, IL  60031**

**Besco Awards**
**Elgin Southgate**
**43085 Crawford Road N**
**Antioch, IL  60002**

**Chase Cardmember Services**
**P.O. Box 15153**
**Wimington, DE  19886-5153**

**Al Oller**
**36549 N. Streamwood Dr- Grandwood Park**
**Gurnee, IL  60031**

**BIOInform Inc.**
**Steven C. March**
**15660 W Timber Lane**
**Libertyville, IL  60048**

**Cheri Tousignant**
**3604 Highland Ave**
**Gurnee, IL  60031**

**Alpine Capital Corp.**
**Michael L. Morris**
**7620 Osceola Ave**
**Niles, IL  60714**

**Bonnie Cudahy**
**1119 Park Ave**
**North Chicago, IL  60064**

**Chester Macrowski**
**2732 Theresa Ave.**
**Waukegan, IL  60085**

**Am Nat. Bk & Tr.Co. U/T/A RV-012397**
**Gerald Pollack c/o Bernfield, Wiseman**
**3330 Old Glenview Rd. #14**
**Wilmette, IL  60091**

**Capital One Bank**
**P.O. Box 5294**
**Carol Stream, IL  60197-5294**

**Chicago Blower**
**Danielle E Ruzick**
**1675 Glen Ellyn Road**
**Glendale Heights, IL  60139**

**American Nat. Bk & Tr Co. U/T/A RV-01239**
**Gerald Pollack, c/o Bernfield, Wiseman**
**3330 Old Glenview Rd #14**
**Wilmette, IL  60091**

**Capital One Services, Inc.**
**P.O. Box 105131**
**Atlanta, GA  30348-5131**

**Chicago Blower Corporation**
**Attn Karen- P.O. 79940-00**
**1675 Glen Ellyn Road**
**Glendale Heights, IL  60139**

**City of Waukegan**
**100 N. Martin Luther King Jr. Ave/**
**Waukegan, IL  60085**

**Dennis Fielding**
**1422 23rd Street**
**Zion, IL  60099**

**Elise Adams**
**384 Dorchester Lane**
**Grayslake, IL  60030**

**Cliff Suda**
**4120 Butternut Lane**
**Gurnee, IL  60031**

**Dennis Pearson**
**322 Old Darby Lane**
**Winthrop Harbor, IL  60096**

**Elmer Knoll**
**5059 Darlene Drive**
**Gurnee, IL  60031**

**ComEd**
**Bill Payment Center**
**Chicago, IL  60668-0001**

**DEX**
**8519 Innovation Way**
**Chicago, IL  60682-0085**

**Emhurst Lake Apartments**
**1100 Lakehurst Road**
**Waukegan, IL  60085**

**Cranston Byrd**
**3507 Wembley**
**Zion, IL  60099**

**Dish Network**
**Dept 0063**
**Palatine, IL  60055-0063**

**Ernest Garner**
**18954 Roosevelt Road**
**Lake Villa, IL  60046**

**Dale Rusch**
**38703 N. Sheridan Road Lot 137**
**Beach Park, IL  60099**

**Don Maksimovic**
**38183 N. Loyola Ave.**
**Beach Park, IL  60087**

**Fire Em Up Inc.**
**Accounts Payable**
**3840 Swanson Court**
**Gurnee, IL  60031**

**Dan Bonnes**
**1940 N. Walnut Street**
**Waukegan, IL  60087**

**Donald Haugh**
**4378 Eastwood Ave**
**Gurnee, IL  60031**

**Foss Park District**
**Brad Skof**
**1730 Lewis**
**North Chicago, IL  60064**

**Darrell Colboth**
**9874 W. Bairstow**
**Beach Park, IL  60087**

**Donna Von Allmen**
**633 Wilber Court**
**Gurnee, IL  60031**

**Frances Tenant**
**2517 N. Elmwood**
**Waukegan, IL  60087**

**David And Willia Christian**
**1100 Carmel Bvd**
**Zion, IL  60099**

**Donna Voss**
**14145 Oak KnollRd.**
**Wadsworth, IL  60083**

**Frank Beykirch**
**2246 Alta Vista**
**Waukegan, IL  60087**

**David Berger**
**376 Nortgate Road**
**Lindenhurst, IL  60046**

**Dr Xavier Parreno M.D.**
**Monica Parreno**
**2605 Grand Ave**
**Waukegan, IL  60085**

**Gladys Salus**
**109 Chesapeake Bay**
**Winthrop Harbor, IL  60096**

**Denese Hernandez**
**3445 Glen Flora**
**Gurnee, IL  60031**

**Eileen Donohue**
**1702 7th Street, West Unit**
**Winthrop Harbor, IL  60096**

**Globalcom, Inc.**
**Attn: Collections Department**
**200 East Randolph Drive  23rd Floor**
**Chicago, IL  60601**

Gold Pyramid House
Jim Onan
3740 Grand Ave
Gurnee, IL  60031

James McCarthy
3120 Cornell
Waukegan, IL  60087

Laura Swinden/ Lori Bergin
6826 Foxworth Lane
Gurnee, IL  60031

Gordon Finkel
5055 Glendale Dr.
Gurnee, IL  60031

James Ryan
203 Valle Vista Ct
Minooka, IL  60447

Lena Bekrich
310 S Dilger
Waukegan, IL  60085

Great Lakes Naval Museum Assn
Therese Gonzalez
PO Box 886307
Great Lakes, IL  60088

Jerry Topcik
13880 W. Russell Road
Zion, IL  60099

Level 3 Communications LLC
Department 182
Denver, CO 80291-0182

Gurnee Grand Hotel
Gina Goshinsky
5520 Grand Ave
Gurnee, IL  60031

Jim O'Toole
1962 Bobolink Ln.
Libertyville, IL  60048

Lew Clarke
110 Hemstead Street
Lake Bluff, IL  60044

Herman Anderson
1328 Greenfield Ave.
Waukegan, IL  60085

John Maner
2213 Herbert Drive
Waukegan, IL  60087

Linda Pekelsma
4371 Birch Dr.
Gurnee, IL  60031

Holden Industries Inc.
Joe Walsh
500 Lake Cook Road #400
Deerfield, IL  60015

Judi And Rick Larsen
3157 Hampshire Lane
Waukegan, IL  60087

Lindy Tool Co.
David Linderholm
1117 Greenwood Ave.
Waukegan, IL  60087

Illinois Beach Resort
Andrew Lombardo- Mike Wathen
1 Lake Front
Zion, IL  60099

June Smith
425 Flanders Lane
Grayslake, IL  60030

Lisa Petrillo
10238 Wadsworth Road
Beach Park, IL  60099

James Abrahamson
2623 Cornelia Ave.  Apartment 2
Waukegan, IL  60085

Ken Nagel
3519 Mary Ave.
Park City, IL  60085

Little Bear Child Development
Wanda
653 Porter St.
Waukegan, IL  60085

James Hahn
38703 N Sheridan Road #68
Beach Park, IL  60099

Kevin Deram
415 Hull Ct.
Waukegan, IL  60085

Lois Hamann
13980 Stonegate Road
Wadsworth, IL  60083

James J. DeSanto P.C.
James DeSanto
712 Florshiem Dr.
Libertyville, IL  60048

Lakeland-Larsen Elevator Corp.
John W. Frecking
731 McAlister St.
Waukegan, IL  60085

Magdalene Burns
10055 Logan Court
Zion, IL  60099

**Management Meeting Consultants**
**Norman Olsen**
**250 Illinois Ave**
**Lake Forest, IL 60045**

**Michael Fluegal**
**2814 Enoch Ave**
**Zion, IL 60099**

**Onan Garage**
**James Onan**
**37921 Dilleys Road**
**Wadsworth, IL 60083**

**Margaret Capitani**
**1006 Grove Ave**
**Waukegan, IL 60085**

**Michael Macalik**
**18025 Kewaunee Dr.**
**Wildwood, IL 60030**

**Pam Stefanowski**
**14080 Oak Knoll Road**
**Wadsvvroth, IL 60083**

**Mark Belgrado**
**516 N. Martin Avenue**
**Waukegan, IL 60085**

**Michael Parker**
**2101 Maplewood Drive**
**Gurnee, IL 60031**

**Pat Christensen**
**2027 N. Butrick #3**
**Waukegan, IL 60087**

**Mark Peavey**
**4832 Blosson Ct**
**Waukegan, IL 60087**

**Mid West Survey Company**
**Dave Mann**
**318 N. County Street**
**Waukegan, IL 60085**

**Pat Forth**
**39956 Trevino Lane**
**Antioch, IL 60002**

**Mark Solomon**
**4290 Greenbrier Ct**
**Gurnee, IL 60031**

**Mike Hollis**
**41116 N. Lincoln Ave**
**Antioch, IL 60002**

**Patricia Redding**
**2121 Cornelia St.**
**Waukegan, IL 60085**

**Mark Yepsen**
**5573 Barnwood Drive**
**Gurnee, IL 60031**

**Minnie Cross**
**1706 B1 Barrett Court**
**North Chicago, IL 60064**

**Paul Hettich**
**25485 W. Highwoods Drive**
**Antioch, IL 60002**

**Mary Foley**
**946 N. Sheridan**
**Waukegan, IL 60085**

**Moira Greene**
**3305 Sunset Ave. #220**
**Waukegan, IL 60087**

**Paul Katz**
**PO Box 6247**
**Buffalo Grove, IL 60089**

**Matt Winston**
**3315 W. Grand Ave**
**Waukegan, IL 60085**

**Nancy Johnson**
**3426 Howard Ave.**
**Park City, IL 60085**

**Peach Matelski**
**37105 N. Sheridan Road**
**Waukegan, IL 60087**

**Matthew Stanton**
**4481 McClure**
**Gurnee, IL 60031**

**Onan Condos**
**Jim Onan**
**3740 Grand Ave.**
**Gurnee, IL 60031**

**People Search**
**Joanne I. Layne**
**P.O. Box 873**
**Waukegan, IL 60079**

**Merchant Services**
**P.O. Box 6010**
**Hagerstown, MD 21741-6066**

**Onan Enterprises**
**Yolanda Fierro**
**928 Low Ave**
**Gurnee, IL 60031**

**Power Of Oneness Spiritual Center**
**Celeste Frazier**
**5655 S. University**
**Chicago, IL 60637**

Richard Pearson
3330 Country Lane
Waukegan, IL 60087

Sherri Cottenham
603 N. Lewis Ave
Waukegan, IL 60085

Tom Clark
2111 Kenton Ln
Libertyville, IL 60048

Rita Paulson
37685 N. North Ave
Beach Park, IL 60087

Shiloh Baptist Church
Robert Brown
800 S. Genesee Street
Waukegan, IL 60085

Tom Clark
900 North Shore Dr.
Lake Bluff, IL 60044

Robert Haymaker
17132 Tiger Tail Ct.
Gurnee, IL 60031

Skip Fentress
31 Lancaster Cir.
Gurnee, IL 60031

Tom Edwards
3615 Cheyenne Road
Gurnee, IL 60031

Roger Grum
824 Foster Avw
Lake Bluff, IL 60044

Starglow Studios
Diane Donato
4N637 Wescot Lane
West Chicago, IL 60185

Valerie Soos Sinclair
700 Hillcrest Bvd
Hoffman Estates, IL 60192

Ruth Oakes
2821 Enoch Ave
Zion, IL 60099

State Bank Of The Lakes
440 Lake St.
Antioch, IL 60002

Verizon
P.O. Box 371873
Pittsburgh, PA 15250-7873

Sandra Carobine
2024
Waukegan, IL 60078

Sue Peterson
40772 Timberland Tr.
Wadsworth, IL 60083

Verizon Business
Suite 870
500 Technology Drive
Weldon Springs, MO 83304

Sandy Speirs
2871 N. Augusta Drive
Wadsworth, IL 60083

Susan Haser
878 S. West Ave
Waukegan, IL 60085

Violeta Rutkauskiene
2833 Grove Ave.
Waukegan, IL 60085

Scott Jeanblanc
1825 Ash Street
Waukegan, IL 60087

Terry Boone
400 Fairhaven Drive
Winthrop Harbor, IL 60096

Vision Care Associates
Carl Somers
1120 E. Washington Street
Grayslake, IL 60030

Shari Bornstein
4343 Grand Ave #110
Gurnee, IL 60031

The Upgrade Shop
Ronald L. Forcier
14120 Oak Knoll Rd.
Wadsworth, IL 60083

Warden & Warden
700 N. 13th St. Suite A
Rogers, AR 72756

Sharon Kennedy
117 Lotus Drive
McHenry, IL 60050

TMD Enterprises, Inc.
Thomas M. Dimitroff
2100 Atlantic
Waukegan, IL 60085

Washington Tower Partners
Re: IConnection, #502 2504 Washington
P.O. Box # 13230
Chicago, IL 60613

**Waukegan Park District**
**Eric Knutsen**
**2000 Belvideer Street**
**Waukegan, IL  60085**


**Wayne's Mechanical Service**
**Fran Brenden**
**10087 W. Wyer St.**
**Beach Park, IL  60087**


**Zegar And Associates**
**James Zegar**
**14125 Oak Knoll Road**
**Wadsworth, IL  60083**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

_____    Chapter **7** _____
Callahan, Gerard W
                              Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**3,000.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,611.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**389.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **None**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **N/A**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**May  1, 2008**_____        **/s/ Daniel K. Sinclair**
            Date                                        Signature of Attorney

                                            **Sinclair Law Offices**
                                                Name of Law Firm

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                              Case No. _____

Callahan, Gerard W _____    Chapter **7** _____
                                    Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

PART I - DECLARATION OF PETITIONER                          Date: **March 24, 2008** _____
A. To be completed in all cases.

I (We) **Gerard W Callahan** _____ and _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

[✓] I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

[ ] I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Gerard W Callahan_ _____    Signature: _____
(Debtor or Corporate Officer, Partner or Member)                          (Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B21 (Official Form 21) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

**In re:** **Callahan, Gerard W** _____ , )
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
**I Connection**

)
)
)
)                    Case No. _____
)
)
)                    Chapter **7** _____
Debtor )

**Address:** **1014 Lakehurst Drive Apt 302** _____ )
       **Waukegan, IL  60085** _____ )

Employer's Tax Identification (EIN) No(s). [if any]: **71-0773249** _____ )

Last four digits of Social-Security or Individual Tax- )
Payer-Identification (ITIN) No(s).,(if any): **6711** _____ )

### STATEMENT OF SOCIAL SECURITY NUMBER(S)

*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (enter Last, First, Middle): **Callahan, Gerard W** _____
*(Check the appropriate box and, if applicable, provide the required information.)*

   ☑ Debtor has a Social Security Number and it is: **3  4  0 - 4 2 - 6  7  1  1**
       *(If more than one, state all.)*

   ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and
       it is: __ __ __ - __ __ - __ __ __ __
           *(If more than one, state all.)*

   ☐ Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (enter Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

   ☐ Joint Debtor has a Social Security Number and it is: __ __ __ - __ __ - __ __ __ __
       *(If more than one, state all.)*

   ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN),
       and it is: __ __ __ - __ __ - __ __ __ __
           *(If more than one, state all.)*

   ☐ Joint Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

**X** *Gerard W Callahan* _____ **March 24, 2008**
   Signature of Debtor                     Date

**X** _____ _____
   Signature of Joint Debtor               Date

* *Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: 01401-ILN-CC-003402223

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 19, 2008, at 3:40 o'clock PM EST,

Gerard Callahan received from

GreenPath, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: February 19, 2008          By      /s/Holli Bratt for Barbara Deering

                                 Name   Barbara Deering

                                 Title  bdeering

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).